

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FRANCIQUE POUCHON,

Petitioner,

v.

WARDEN, Otay Mesa Detention Center,

Respondent.

Case No.:  26-cv-1126-RSH-JLB

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On February 20, 2026, petitioner Francique Pouchon filed *pro se* a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner, a citizen of Haiti, is detained at Otay Mesa Detention Center in San Diego. *Id.* at 2, 11. The Petition alleges that Petitioner was taken into immigration custody on May 19, 2025, and that his detention without a bond hearing pending his immigration proceedings has become prolonged. *Id.* at 4, 6.

On March 11, 2026, Respondents timely filed a return. ECF No. 5. The return states: "It is the government's position that Petitioner is subject to mandatory detention under § 1225(b), because Petitioner was present in the United States without being admitted or paroled." *Id.* at 2 (collecting cases). The return continues: "However, the government acknowledges that Courts in this District have repeatedly reached the opposite conclusion."

26-cv-1126-RSH-JLB

*Id.* at 3 (collecting cases). The return further acknowledges, in candor, "that the facts in this case are not materially distinguishable for purposes of the Court's determination of which statutory provision authorizes Petitioner's detention, and that Petitioner could therefore be determined to be eligible for a bond hearing pursuant to 8 U.S.C. § 1226(a)." *Id.*

For the reasons set forth in the cases cited by Respondents, including in cases decided by the undersigned and other members of this Court, *see, e.g.*, *Lucas-Miguel v. LaRose*, No. 25-cv-3022-RSH-JLB, 2025 WL 3251580 (S.D. Cal. Nov. 21, 2025), and given Respondents' agreement that the facts herein are not materially distinguishable from such cases, the Court concludes that Petitioner is eligible for a bond hearing pursuant to 8 U.S.C. § 1226(a).

Accordingly, the Petition is **GRANTED**. Respondent shall provide a bond hearing pursuant to 8 U.S.C. § 1226(a) for petitioner Francique Pouchon ***within seven (7) days of the date of this Order***. ***No later than March 25, 2026***, Respondent shall file a report regarding the timing and outcome of Petitioner's bond hearing.

   **IT IS SO ORDERED**.

Dated: March 12, 2026

_____
Hon. Robert S. Huie
United States District Judge